IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>vs.<br><br>JOSEPH J. BENZ,<br><br>            Defendant. | 4:13CR3121<br><br>ORDER MODIFYING<br>CONDITIONS OF RELEASE |

IT IS ORDERED that the defendant's motion to modify the conditions of his release, (Filing No. 12), is granted, and the court's prior order (Filing No. 8), is modified as follows:

1) The condition imposing a curfew, specifically the following:

> Curfew. You are restricted to your residence every day(X) 8 p.m. to 8 a.m., or(X) as directed by the Pretrial Services officer or supervising officer. (i)

which was erroneously included in the order, is removed.

2) The defendant is permitted to use the iPad issued to him by his employer to construct and create on-line lessons, but he is not permitted to use that iPad for any other purpose. The defendant is not permitted to use any iPad other than his employer-issued iPad.

3) In all other respects, the court's prior order setting conditions of release remains in effect.

November 14, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge