IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSEPH J. BENZ, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the Plaintiff's motion to seal (filing 36) is granted in part and denied in part. The Plaintiff's Index in Support of Motion in Limine (filing 37) shall be filed as a restricted document.

Dated January 22, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge