IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH J. BENZ,<br><br>    Defendant. | 4:13CR3121<br><br>**ORDER** |

The government has not responded to the defendant's motion to travel, and the deadline for doing so has passed. The motion is deemed unopposed. As requested in the defendant's motion, (filing no. 34), which is hereby granted,

IT IS ORDERED that the defendant is permitted to attend a musical event in St. Louis over the weekend of February 19-22, leaving Kearney, Nebraska on Thursday, February 19, 2015 to drive to St. Louis, Missouri, and returning to Kearney, Nebraska late Saturday or early Sunday of that same week.

January 27, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge