IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | AMENDED |
| v. | ) | ORDER |
| | ) | |
| JOSEPH J. BENZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

1. Plaintiff's motion to file under seal (Filing No. 50) is granted, and Filing No. 51 shall remain sealed pursuant to NECivR 12.5.

2. Defendant's motion for extension of time (Filing No. 53) is granted, and Defendant shall not be required to respond to Plaintiff's amended motion in limine (Filing No. 48) until further order of the court. Counsel for both parties shall advise the court when the report of any court-ordered examination of Defendant is completed.

DATED this 20th day of April, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge