IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JOSEPH J. BENZ,

          Defendant.

4:13CR3121

**ORDER**

      The defendant has moved for an order modifying his release conditions to authorize him to obtain and possess a computer with internet access for purposes of seeking and maintaining employment. (Filing No. 55). The current release order permits the defendant's access to the internet, e-mail, or inter-computer communication "for employment purposes." (Filing No. 8). As such, the existing order already encompasses the defendant's possession and use of computer and internet technology to seek and maintain employment.

      Accordingly,

      IT IS ORDERED that Defendant's motion to modify, (Filing No. 55), is denied as moot.

      April 23, 2015.

                                    BY THE COURT:

                                    *s/ Cheryl R. Zwart*
                                    United States Magistrate Judge