IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 4:13CR3121 |
| V. | ) | |
| JOSEPH J. BENZ, | ) | ORDER |
| Defendant. | ) | |

The undersigned is in receipt of a letter from the Warden of the Federal Bureau of Prisons, Federal Medical Center, in Lexington, Kentucky.

IT IS ORDERED that:

(1) The Clerk of Court shall file Warden Francisco J. Quintana's letter dated June 30, 2015, as a restricted document.

(2) The Warden's request for an extension of time is granted.

(3) The Clerk of Court shall provide a facsimile copy of this order to the Warden.

DATED this 14th day of July, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge