IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3121 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JOSEPH J. BENZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

After conferring today with counsel, and with their agreement,

IT IS ORDERED:

1. Defendant shall have 20 days from today's date to file a report of his expert in response to the report received from the Bureau of Prisons (Filing No. 63).

2. Within 7 days thereafter, the parties may file concurrent briefs regarding such reports and Plaintiff's amended motion in limine (Filing No. 48). The motion will be taken under submission at such time; no reply briefs will be filed.

3. The time between the filing of Plaintiff's amended motion in limine (Filing No. 48) and the court's final disposition thereof is excluded from computation under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161.

DATED this 27th day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge