IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:13CR3121 |
| V. | ) | |
| JOSEPH J. BENZ, | ) | ORDER |
| Defendant. | ) | |

IT IS ORDERED that no later than Monday, November 23, 2015, the parties may file concurrent briefs regarding the various psychological reports and Plaintiff's amended motion in limine (filing no. 48). The motion will be taken under submission at such time. No reply briefs will be filed.

DATED this 12th day of November, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge