# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:13CR3121 |
| v. | ) | ORDER |
| JOSEPH J. BENZ, | ) | |
| Defendant. | ) | |

I misspelled Dr. Dia B. Boutwell's name in filing no. 99, "Verdict and Findings of Fact Pursuant to Federal Rule of Criminal Procedure 23(c)," at paragraph J, pages 5-6. Therefore,

IT IS ORDERED that filing no. 99 is amended such that the doctor's name should be properly spelled, that is, Dr. Dia B. Boutwell, Ph.D. My apologies for this error.

DATED this 27th day of May, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge