IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3121 |
| | ) | |
| v. | ) | |
| | ) | |
| JOSEPH J. BENZ, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

I conferred with counsel by telephone today. With their agreement, and to clarify when the appeal time begins to run,

IT IS ORDERED that the Verdict and Findings of Fact Pursuant to Federal Rule of Criminal Procedure 23(c) (filing no. 99) is not and will not become effective until the entry of judgment after sentencing. However, the Probation Officer shall prepare the presentence investigation report in accordance with the Verdict and Findings of Fact (filing no. 99).

DATED this 11th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge