IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CR3121 |
| | ) | |
| v. | ) | |
| | ) | CORRECTED |
| JOSEPH J. BENZ, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |
| | ) | |

This Memorandum and Order corrects filing no. 112.

IT IS ORDERED that the Verdict and Findings of Fact Pursuant to Federal Rule of Criminal Procedure 23(c) (filing no. 99) and the Memorandum and Order (filing no. 111) are not and will not become effective until the entry of judgment after sentencing. However, the Probation Officer shall prepare the presentence investigation report in accordance with the Verdict and Findings of Fact (filing no. 99) and the Memorandum and Order (filing no. 111).

DATED this 12th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge