IN THE UNITED STATES DISTRICT COURT

IN THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA, )
)
vs ) 4: 13CR3121-001
)
)
)
Joseph J. Benz ) RECEIPT AND ACKNOWLEDGMENT
)
)

I, the undersigned defendant, hereby acknowledge:

1) that I understand that by judgment entered in the above captioned case I have been placed on supervision for a period of __5 years__ commencing __09/07/2016__;

2) that I have been provided with a written statement that sets forth all the conditions to which the term of my supervision is subject (i.e., a copy of the judgment of the Court setting forth all of those conditions) and that I have found that statement to be sufficiently clear and specific to serve as a guide for my conduct and supervision as is required;

3) that the Standard Conditions and additional conditions of my supervision have been read to me and I fully understand them; and

4) I understand that upon a finding of a violation of my supervision that the Court may (a) revoke supervision and impose a term of imprisonment upon me (b) extend the term of supervision and/or (c) modify the conditions of supervision.

_____
Dustin Russell
U.S. Probation Officer
Designated Witness

_____
Defendant

__13 Sept 2016__
Date

Rev:3/98