IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>vs.<br><br>JOSEPH J. BENZ,<br><br>      Defendant. | 4:13CR3121<br><br><br><br>NOTICE OF APPEAL |

  Plaintiff, the United States of America, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the Judgment (filing 124) entered herein on September 8, 2016, wherein the district court sentenced the Defendant to 5 years of probation.

  Dated this 7th day of November, 2016.

            Respectfully submitted,

            UNITED STATES OF AMERICA,

    BY:  DEBORAH R. GILG
        United States Attorney, D.NE.


    And:  *s/Steven A. Russell*
        STEVEN A. RUSSELL #16925
        Assistant United States Attorney
        100 Centennial Mall North, Suite 487
        Lincoln, NE  68508
        (402) 437-5241

CERTIFICATE OF SERVICE

   I hereby certify that on November 7, 2016, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

          *s/Steven A. Russell*
         STEVEN A. RUSSELL #16925
         Assistant United States Attorney