IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:13CR3121 |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | ORDER |
| JOSEPH J. BENZ, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the defendant's unopposed motion for extension of time to file cross appeal (filing no. 137) is granted. The defendant shall file his cross appeal on or before December 21, 2016.

Dated November 17, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge