# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  16-4166
_____

United States of America

Plaintiff - Appellant

v.

Joseph J. Benz

Defendant - Appellee

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:13-cr-03121-RGK-1)

_____

## JUDGMENT

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in

accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

December 20, 2016

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____

/s/ Michael E. Gans