# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 16-4166

United States of America

Appellant

v.

Joseph J. Benz

Appellee

---

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:13-cr-03121-RGK-1)

---

**MANDATE**

In accordance with the judgment of 12/20/2016, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

December 20, 2016

Clerk, U.S. Court of Appeals, Eighth Circuit