IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA



FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 DEC 27  PM 4: 05

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>JOSEPH J. BENZ,<br><br>  Defendant. | Case No. 4:13CR3121<br><br>RECEIPT FOR RETURNED EXHIBITS |

Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

Exhibit A from Frye hearing held 5/23/2016

I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for  Plaintiff

DATED: 12-27-16

BY: _Thomas [signature]_