IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JOSEPH J. BENZ,

    Defendant.

Case No. 4:13CR3121

RECEIPT FOR RETURNED EXHIBITS

    Pursuant to NECivR 79.1(f)(1) or NECrimR 55.1(g), I acknowledge receipt of the following exhibits offered into evidence in this case.

    Plaintiff Exhibit Nos. 1, 1A through 1O, 2, 2A, 3, 4, 5A through 5H, 6 through 11, 17 through 21 from Non-Jury Trial held May 23 - 26, 2016

    I further acknowledge that I am responsible for maintaining these exhibits in their present condition or state until this case is no longer subject to appellate review. Until that time, I understand that I must produce these exhibits if opposing counsel, the court, or the clerk so requests. Finally, I acknowledge that I may be subject to sanctions for failure to abide by the provisions of Rule 79.1(f)(1) or Rule 55.1(g).

    Once the case is no longer subject to appellate review, I understand that I may destroy these exhibits without further authorization.

Counsel of Record for Plaintiff

DATED: 12-27-16

BY: *[signature]*